UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIANA INDUSTRIES,

    Plaintiff,

v.                                         Case No. 06-12568
                                        Hon. Victoria A. Roberts

EMPIRE ELECTRONICS, INC.,

    Defendant.
_____

### AMENDED ORDER FOR PRELIMINARY INJUNCTIVE RELIEF

This matter came before the Court on Plaintiff's Motion for preliminary injunction [Doc. 7]. A hearing was held Wednesday, July 19, 2006 at 10:00am. The Court entered an Order granting preliminary injunctive relief on July 27, 2006.

On August 3, 2006, Defendant filed an Emergency Motion to amend or correct the Order [Doc. 23].

For the reasons stated in the original Opinion and Order entered July 25, 2006 [Doc. 15], and the Order granting Defendant's Emergency Motion to amend entered August 4, 2006,

**IT IS ORDERED THAT:**

1.     Defendant Empire Electronics, Inc., ("Empire") its officers, agents, employees, successors, attorneys and all those in active concert or participation with them, are enjoined from manufacturing, using, offering to

sell, selling or importing either of Empire's lamp socket designs considered by the Court during the hearing on Plaintiff's Motion for a Preliminary Injunction (samples of which were marked by the Court as Exhibit 2 and Exhibit 3) until such time as this matter is heard on the merits;

2. Pursuant to Fed. R. Civ. P. 65(c), Plaintiff, Christiana Industries, Inc., will post additional security in the amount of $2.4 million; and

3. This Amended Order is hereby issued by this Court on August 4, 2006 and amends the Order entered July 27, 2006.

**IT IS SO ORDERED.**

> **s/Victoria A. Roberts**
> **Victoria A. Roberts**
> **United States District Judge**

**Dated:  August 4, 2006**

> **The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 4, 2006.**
>
> **s/Linda Vertriest**
> **Deputy Clerk**